**Dismissed and Opinion Filed February 2, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01159-CV

### IN THE INTEREST OF C.S.N. AND J.T.N., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-00-14691**

## MEMORANDUM OPINION
Before Justices Francis, Fillmore, and Stoddart
Opinion by Justice Francis

By notice of appeal filed September 26, 2016, Tracy Nixon challenges the trial court's September 12, 2016 child support contempt conditional release order and the trial court's order to withdraw admissions and substitute response. Because neither order appeared to be appealable, we directed Nixon to file a letter brief addressing our jurisdiction over the appeal. *See CMH Homes v. Perez*, 340 S.W.3d 444, 447 (Tex. 2011) (appellate courts have jurisdiction over final judgment and interlocutory orders specifically authorized as appealable by statute); *In re Office of Attorney Gen. of Tex.*, 215 S.W.3d 913, 915-16 (Tex. App.—Fort Worth 2007, orig. proceeding) (because contempt proceedings are not concerned with disposing of all claims and parties before trial court, a contempt order is not a final judgment and is not appealable). Nixon complied, but nothing in his brief persuades us we have jurisdiction over the complained-of

orders.[1]  Accordingly, we dismiss this appeal for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a); *Perez*, 340 S.W.3d 447; *Office of Attorney Gen.*, 215 S.W.3d at 915.


/Molly Francis/
MOLLY FRANCIS
JUSTICE

161159F.P05

---

[1] We allowed appellees an opportunity to respond, but they did not file a response.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF C.S.N. AND J.T.N., CHILDREN

No. 05-16-01159-CV

On Appeal from the 301st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-00-14691.
Opinion delivered by Justice Francis.
Justices Fillmore and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered February 2, 2017.